# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 15-15260-ELF

LINDA M. MATTICE

6 HILLCREST AVENUE

ERDENHEIM, PA 19038-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LINDA M. MATTICE

    6 HILLCREST AVENUE

    ERDENHEIM, PA 19038-

Counsel for debtor(s), by electronic notice only.

    JAMES P. MCGARRITY Esq.
    1500  JFK BLVD
    SUITE 405
    PHILADELPHIA, PA 19102-

/S/ William C. Miller

Date: 9/28/2017

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee