United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 15-15260-elf
Linda M. Mattice                                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore              Page 1 of 2              Date Rcvd: Nov 21, 2017
                              Form ID: pdf900              Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2017.
db          +Linda M. Mattice,    6 Hillcrest Avenue,    Erdenheim, PA 19038-8223
cr         ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:  Nationstar Mortgage, LLC.,    PO Box 619096,
               Dallas, TX   75261-9741)
cr          +National Loan Investors, L.P.,    5619 N. Classen Blvd.,    Oklahoma City, ok 73118-4015
cr          +Wells Fargo Bank, National Association,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL   33487,    UNITED STATES 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Nov 22 2017 03:40:59      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA   19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 22 2017 03:40:31
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA   17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 22 2017 03:40:45      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 22 2017 03:40:32      COMMONWEALTH OF PA,
               Bureau of Compliance,    Department 280946,    Harrisburg, PA   17128-0946
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 22 2017 02:13:48
               Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
cr            E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 02:13:48      Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL   33131-1605
cr           +E-mail/Text: Bankruptcy@wsfsbank.com Nov 22 2017 03:41:11
               Wilmington Savings Fund Society, FSB,    500 Delaware Avenue, 12th Floor,
               Wilmington, DE 19801-7405
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Wells Fargo Bank, National Association, As Trustee
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2017 at the address(es) listed below:
              CAROL E. MOMJIAN    on behalf of Creditor    COMMONWEALTH OF PA cmomjian@attorneygeneral.gov
              JAMES P. MCGARRITY    on behalf of Debtor Linda M. Mattice mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WELLS FARGO BANK, Et Al... bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE
               FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES
               2005-FM1 bkgroup@kmllawgroup.com
              PHILLIP D. BERGER    on behalf of Creditor    National Loan Investors, L.P. berger@bergerlawpc.com,
               kaufmann@bergerlawpc.com

```
District/off: 0313-2          User: JEGilmore            Page 2 of 2                   Date Rcvd: Nov 21, 2017
                              Form ID: pdf900            Total Noticed: 11


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              THOMAS I. PULEO    on behalf of Creditor    WELLS FARGO BANK, Et Al... tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM J. LEVANT    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               efile.wjl@kaplaw.com
                                                                                             TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
: Case No. 15-15260-ELF
LINDA M. MATTICE a/k/a : Consent Order Settling
LINDA MARIE O'MARA-MATTICE : Capital One Auto Finance's
Debtor : Motion For Relief From The Automatic
: Stay Pursuant To 11 U.S.C. § 362

AND NOW, this        day of                    , 2017, this matter having come before this Court upon application of **Capital One Auto Finance, a Division of Capital One N.A.** (hereinafter referred to as *"COAF"*), a secured creditor of the above-named Debtor, by its counsel, for relief from the automatic stay pursuant to 11 U.S.C. § 362;

AND it appearing that Debtor, *Linda M. Mattice,* through Debtor's attorney, *James P. McGarrity, Esquire,* have reached an agreement with regard to said Motion for Relief regarding a 2008 JEEP Grand Cherokee-V6 Utility 4D Laredo 4WD, V.I.N. 1J8GR48K58C103760 (the "Vehicle"), as per the terms contained in this Order;

AND, it appearing that Debtor is indebted to *COAF* on a loan which enabled Debtor to purchase said Vehicle, which loan terms are set forth in a Retail Installment Contract (the "Contract"); and

It appearing that *COAF* is the holder of a secured claim against the Debtor and;

It appearing that the Debtor is in arrears post-petition in the amount of *$1,080.00* as of October 16, 2017;

It appearing that the Debtors and *COAF* have reached an agreement to cure post-petition arrears and attorney's fees and costs, the Debtor agrees to pay *$180.00* of the current arrears monthly <u>beginning</u> **November 8, 2017** for the next **six** (6) months (with payments due on the **eighth** of each month) to cure said arrears, while making regular monthly post-petition payments ($199.75 per the Contract) due under the Contract beginning with the **November 8, 2017** payment for a total <u>monthly</u> payment from November 8, 2017 through April 8, 2018 of <u>$379.75</u>, wherefore,

It is hereby **ORDERED** and **DECREED** that if Debtor shall fail to make the regular monthly payment (or any portion thereof) or fail to make payment toward the curing of the arrears as set forth above and Debtor fails to cure said default within ten (10) days after notice by *COAF* (or its counsel) of said default, counsel for *COAF* may file a Certification of Default with the Court setting forth Debtor's default and *COAF* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362), and *COAF* is then also free to proceed with exercising its [in rem] rights and remedies as may be allowed under State and Federal law. The Debtor shall be allowed to default and cure such default under this Consent Order one (1) time. Should Debtor default a second (2nd) time, notice of the default will be served, but the Debtor will not be granted an opportunity to cure the default and counsel for *COAF* may file a Certification of Default with the Court setting forth Debtor's default and *COAF* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362).

It is **FURTHER ORDERED** and **DECREED** that in the event Debtor converts to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code then Debtor shall pay all pre-petition arrears and post-petition arrears within fifteen (15) days from the date the case is converted from Chapter 13 to any other Chapter. If Debtor fails to make payment in accordance with this paragraph then *COAF*, through Counsel, may file a certification setting forth said failure and *COAF* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362) and *COAF* is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law.

The failure by *COAF*, at any time, to file a Certification of Default upon default by the Debtor shall not be construed, nor shall such failure act, as a waiver of any of *COAF's* rights hereunder.

This Order is a supplement and in addition to the Contract and not in lieu thereof.

Facsimile signatures shall be accorded the same force and effect as an original signature, and may be submitted to the Court.

It is further Ordered that the fourteen (14) day stay provided by Rule 4001(a)(3) is hereby waived.

Date:  11/20/17

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

Post-Petition Arrears:    $ 599.00
Counsel Fees:             $ 481.00
*Total:*                  *$1,080.00*

Creditor: Capital One Auto Finance
A Division of Capital One N.A.
By Counsel: Mester & Schwartz, P.C.

By: _____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

DATED: 11/17/17

Seen and agreed to -- We hereby consent to the form and entry of the foregoing Order.

Debtor: Linda M. Mattice

By Counsel for Debtor: James P. McGarrity, Esquire

By: /s/ James P. McGarrity
_____
James P. McGarrity, Esquire
Suite 405
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215) 564-1951

DATED: