**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Linda M. Mattice : Chapter 13
            Debtor :

:
Bankruptcy No. **15-15260-elf**

## NOTICE OF MOTION AND HEARING DATE

Linda M. Mattice has filed papers with the court to **Reconsider the Dismissal Order.**

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.

If you do not want the court to grant the relief sought in motion, or if you want the court to consider your views on the motion, then on or before **DECEMBER 17, 2017**, you or your attorney must:

File with the court *a written response,* an answer, explaining your position at:

Clerk, US Bankruptcy Court
Pennsylvania - Eastern District
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your {documents to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:    Movants attorney

James P. McGarrity, 1500 John F Kennedy Blvd

Suite 405    Philadelphia, PA 19102    and

Attend the hearing scheduled to be held on January 2nd 2018 at 9:30 a.m. in Courtroom #1, United States Bankruptcy Court, 900 Market St., Philadelphia, PA 19107

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Signature: /s/James McGarrity    Date: NOVEMBER 30, 2018
      James P. McGarrity