**„m UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: Linda M. Mattice | : | Chapter 13 |
| Debtor | : |  |
|  | : |  |
|  |  | Bankruptcy No. **15-15260-elf** |

### CORRECTED NOTICE OF MOTION AND HEARING DATE
Hearing at 1PM, not 9:30. same date and place

Linda M. Mattice has filed papers with the court to **Reconsider the Dismissal Order.**

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.

If you do not want the court to grant the relief sought in motion, or if you want the court to consider your views on the motion, then on or before **DECEMBER 14, 2017**, you or your attorney must:

File with the court *a written response,* an answer, explaining your position at:

Clerk, US Bankruptcy Court
Pennsylvania - Eastern District
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your {documents to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:    Movants attorney

James P. McGarrity, 1500 John F Kennedy Blvd

Suite 405    Philadelphia, PA 19102        and

Attend the hearing scheduled to be held on January 2nd 2018 at !:00 p.m. in Courtroom #1, United States Bankruptcy Court, 900 Market St., Philadelphia, PA 19107

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Signature: /s/James McGarrity            Date:   December 14, 2017
James P. McGarrity