# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| In re: Linda M. Mattice | | Chapter 13 |
| Debtor | : | |
| | : | |
| | | Bankruptcy No. **15-15260-elf** |

## ORDER

AND NOW, this 2nd day of January , 2018, upon consideration of the debtor's

Motion for Reconsideration of the Dismissal Order, and after a hearing, and for the reasons

stated in court, it is hereby **ORDERED** that the Motion is **DENIED.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**