United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Linda M. Mattice  
    Debtor

Case No. 15-15260-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 2     Date Rcvd: Jan 02, 2018  
                      Form ID: pdf900      Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2018.

```
db           +Linda M. Mattice,    6 Hillcrest Avenue,    Erdenheim, PA 19038-8223
cr            Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX  77210-4360
cr           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:  Nationstar Mortgage, LLC.,    PO Box 619096,
              Dallas, TX  75261-9741)
cr           +National Loan Investors, L.P.,    5619 N. Classen Blvd.,    Oklahoma City, ok 73118-4015
cr           +Wells Fargo Bank, National Association,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853
13569210     +American Express,    PO Box 981537,    El PasoTX 79998-1537
13569212    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bank of America,    PO Box 982235,    El PasoTX 79998)
13569211     +Bank of America,    450 American Street,    Simi Valley CA 93065-6285
13569213     +Capital One Auto,    South Brunswick Square Mall 4095 U.S. 1,    Monmouth Junction NJ 08852-2162
13571927     +Capital One Auto Finance,,    c/o AIS Portfolio Services, LP,    4515 N. Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
13599159      Capital One Auto Finance,,    AIS Portfolio Services, LP,    P.O. Box 4360,
               Houston, TX   77210-4360
13569214     +Capital One Bank,    PO Box 30281,    Salt Lake City UT 84130-0281
13569215     +Chase Card,    PO Box 15298,    Wilmington DE 19850-5298
13569216     +City and School District of Philadelphia,    PO Box 8409,    Philadelphia PA 19101-8409
13569225     +Daniel Glennon, Esquire,    1325 Spruce Street,    Philadelphia, PA 19107-5634
13569217      Discover Financial Services,    PO Box 19850,    Wilmington DE 19850
13569223     +Kevin Mattice,    6 Hillcrest Avenue,    Erdenheim PA 19038-8223
13569219     +Kohl's/Capital One,    PO Box 3114,    Milwaukee WI 53201,    Macy's,    PO Box 8218,
               Mason OH 45040-8218
13582885     +National Loan Investors, LP,    5619 N Classen Blvd,    Oklahoma City OK 73118-4015
13569226     +Phillip D. Berger, Esquire,    11 Elliott Avenue, Suite 100,    Bryn Mawr, PA 19010-3407
13569224     +Ryan Wagner,    1032 Alsmshouse Rd,    Ivyland, PA 18974-1204
13569221     +Trojan Professional Services,    4410 Cerritos Avenue,    Los Alamito CA 90720-2549
13619085     +WELLS FARGO BANK, NATIONAL ASSOCIATION,    Nationstar Mortgage, LLC,    P.O. Box 619096,
               Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: bankruptcy@phila.gov Jan 03 2018 01:01:34     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 03 2018 01:01:27     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 03 2018 01:01:10     COMMONWEALTH OF PA,
               Bureau of Compliance,    Department 280946,    Harrisburg, PA  17128-0946
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 03 2018 01:02:49
               Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
cr            E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2018 01:02:41     Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13582297      E-mail/Text: mrdiscen@discover.com Jan 03 2018 01:00:56     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13569218     +E-mail/Text: bankruptcy@huntington.com Jan 03 2018 01:01:17     Huntington National Bank,
               PO Box 1558 Dept EA4W25,    Columbus OH 43216-1558
13583329     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 03 2018 01:01:10
               Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
13601117      E-mail/PDF: rmscedi@recoverycorp.com Jan 03 2018 01:02:42
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13569220     +E-mail/Text: bankruptcy@sw-credit.com Jan 03 2018 01:01:18     Southwest Credit Systems,
               4120 International Parkway #1100,    Carrollton TX 75007-1958
13571731     +E-mail/Text: bankruptcy@huntington.com Jan 03 2018 01:01:17     The Huntington National Bank,
               P.O. Box 89424,    Cleveland, Ohio 44101-6424
13569222     +E-mail/Text: Bankruptcy@wsfsbank.com Jan 03 2018 01:01:44     Wilmington Savings Fund Society,
               PO Box 8720,    Wilmington DE 19899-8720
13598734     +E-mail/Text: Bankruptcy@wsfsbank.com Jan 03 2018 01:01:44
               Wilmington Savings Fund Society, fsb,    500 Delaware Avenue, 12th Floor,
               Wilmington, DE 19801-7405
                                                                                              TOTAL: 13
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Wells Fargo Bank, National Association, As Trustee
```

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Jan 02, 2018
                              Form ID: pdf900         Total Noticed: 36
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
cr*           +Wilmington Savings Fund Society, FSB,   500 Delaware Avenue, 12th Floor,
                 Wilmington, DE 19801-7405
                                                                              TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2018 at the address(es) listed below:
              CAROL E. MOMJIAN    on behalf of Creditor    COMMONWEALTH OF PA cmomjian@attorneygeneral.gov
              JAMES P. MCGARRITY    on behalf of Debtor Linda M. Mattice mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              JASON BRETT SCHWARTZ    on behalf of Creditor   Capital One Auto Finance
               jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WELLS FARGO BANK, Et Al... bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE
               FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES
               2005-FM1 bkgroup@kmllawgroup.com
              PHILLIP D. BERGER    on behalf of Creditor    National Loan Investors, L.P. berger@bergerlawpc.com,
               kaufmann@bergerlawpc.com
              THOMAS I. PULEO    on behalf of Creditor    WELLS FARGO BANK, Et Al... tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM J. LEVANT    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               efile.wjl@kaplaw.com
                                                                                              TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Linda M. Mattice  :  Chapter 13
        Debtor  :

: Bankruptcy No. **15-15260-elf**

**ORDER**

AND NOW, this 2nd day of January, 2018, upon consideration of the debtor's Motion for Reconsideration of the Dismissal Order, and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Motion is **DENIED.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**