**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Linda Mattice Chapter 13
                Debtor        :

                                      :    Bankruptcy No. **15-15260-elf**

**CERTIFICATE OF SERVICE**

       IT IS HEREBY CERTIFIED that on January 6 , 2018 a true and correct copy of the Motion to **Reconsider the Dismissal Order and the Order denying Reconsideration** was served upon all registered creditors, the Chapter 13 Trustee and US Trustee by electronic service, and the Debtor and unregistered creditors by first class mail, postage pre-paid.

                                      BY:    /s/ James P. McGarrity
                                      James P. McGarrity
                                      1500 John F. Kennedy Boulevard
                                      Suite 405
                                      Philadelphia, PA. 19102
                                      (215) 564-1951