# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Linda M. Mattice : Chapter 13
        Debtor :

: Bankruptcy No. **15-15260-elf**

:
## CERTIFICATE OF NO RESPONSE

I, James McGarrity, Esquire, attorney for debtor, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection or other response has been filed by the Trustee or any interested party to the Petition for Reconsideration of Dismissal Order to reinstate the case..

/s/ James P. McGarrity
James P. McGarrity