Certificate Number: 05781-PAE-DE-034090438

Bankruptcy Case Number: 15-15260



05781-PAE-DE-034090438

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 13, 2020, at 3:49 o'clock PM PST, Linda Mattice completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 13, 2020    By:    /s/Allison M Geving

Name:  Allison M Geving

Title:  President