United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15260-elf
Linda M. Mattice                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Feb 28, 2020
                             Form ID: 3180W            Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
db              +Linda M. Mattice,    6 Hillcrest Avenue,    Erdenheim, PA 19038-8223
13582885        +National Loan Investors, LP,    5619 N Classen Blvd,    Oklahoma City OK 73118-4015
13619085        +WELLS FARGO BANK, NATIONAL ASSOCIATION,    Nationstar Mortgage, LLC,    P.O. Box 619096,
                 Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Feb 29 2010 02:56:54     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 29 2020 02:56:49     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13599159         EDI: AISACG.COM Feb 29 2020 07:48:00     Capital One Auto Finance,,
                 AIS Portfolio Services, LP,    P.O. Box 4360,    Houston, TX   77210-4360
13582297         EDI: DISCOVER.COM Feb 29 2020 07:48:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
13583329        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 29 2020 02:56:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13571731        +E-mail/Text: bankruptcy@huntington.com Feb 29 2020 02:56:39      The Huntington National Bank,
                 P.O. Box 89424,    Cleveland, Ohio 44101-6424
13598734        +E-mail/Text: Bankruptcy@wsfsbank.com Feb 29 2020 02:57:12
                 Wilmington Savings Fund Society, fsb,    500 Delaware Avenue, 12th Floor,
                 Wilmington, DE 19801-7405
                                                                                       TOTAL: 7

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2020 at the address(es) listed below:
          CAROL E. MOMJIAN   on behalf of Creditor    COMMONWEALTH OF PA cmomjian@attorneygeneral.gov
          JAMES P. MCGARRITY    on behalf of Debtor Linda M. Mattice mcgarritylaw@gmail.com,
          mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
          JASON BRETT SCHWARTZ   on behalf of Creditor    Capital One Auto Finance
          jschwartz@mesterschwartz.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor    WELLS FARGO BANK, Et Al... bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER   on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER   on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE
          FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES
          2005-FM1 bkgroup@kmllawgroup.com
          PHILLIP D. BERGER   on behalf of Creditor    National Loan Investors, L.P. berger@bergerlawpc.com,
          kaufmann@bergerlawpc.com
          THOMAS I. PULEO    on behalf of Creditor    WELLS FARGO BANK, Et Al... tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com

District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Feb 28, 2020
                             Form ID: 3180W           Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              WILLIAM J LEVANT    on behalf of Creditor    Wilmington Savings Fund Society, FSB
              efile.wjl@kaplaw.com

                                                                           TOTAL: 12

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Linda M. Mattice** | Social Security number or ITIN | **xxx–xx–4321** |
| | First Name    Middle Name    Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | |
| Case number: | **15–15260–elf** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Linda M. Mattice
aka Linda Marie O'Mara–Mattice

2/27/20

**By the court:**    Eric L. Frank
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W    **Chapter 13 Discharge**    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**