United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-15260-elf
Linda M. Mattice                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Mar 03, 2020
                              Form ID: 195             Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
db              +Linda M. Mattice,   6 Hillcrest Avenue,   Erdenheim, PA 19038-8223
cr             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage, LLC.,   PO Box 619096,
                 Dallas, TX  75261-9741)
cr              +National Loan Investors, L.P.,   5619 N. Classen Blvd.,   Oklahoma City, ok 73118-4015
cr              +Wells Fargo Bank, National Association,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL  33487,   UNITED STATES 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 04 2020 03:20:27      COMMONWEALTH OF PA,
                  Bureau of Compliance,   Department 280946,   Harrisburg, PA  17128-0946
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 04 2020 03:23:23
                  Capital One Auto Finance,   P.O. Box 201347,   Arlington, TX 76006-1347
cr               E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 04 2020 03:22:52
                  Capital One Auto Finance c/o AIS Portfolio Service,   P.O. BOX 4360,   Houston, TX  77210-4360
cr               E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 03:22:52      Synchrony Bank,
                  c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
cr              +E-mail/Text: Bankruptcy@wsfsbank.com Mar 04 2020 03:21:13
                  Wilmington Savings Fund Society, FSB,   500 Delaware Avenue, 12th Floor,
                  Wilmington, DE 19801-7405
                                                                                      TOTAL: 5


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Wells Fargo Bank, National Association, As Trustee
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
         CAROL E. MOMJIAN   on behalf of Creditor   COMMONWEALTH OF PA cmomjian@attorneygeneral.gov
         JAMES P. MCGARRITY   on behalf of Debtor Linda M. Mattice mcgarritylaw@gmail.com,
          mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
         JASON BRETT SCHWARTZ   on behalf of Creditor   Capital One Auto Finance
          jschwartz@mesterschwartz.com
         JOSHUA ISAAC GOLDMAN   on behalf of Creditor   WELLS FARGO BANK, Et Al... bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER   on behalf of Creditor   Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER   on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE
          FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES
          2005-FM1 bkgroup@kmllawgroup.com
         PHILLIP D. BERGER   on behalf of Creditor   National Loan Investors, L.P. berger@bergerlawpc.com,
          kaufmann@bergerlawpc.com
         THOMAS I. PULEO   on behalf of Creditor   WELLS FARGO BANK, Et Al... tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com

District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Mar 03, 2020
                             Form ID: 195              Total Noticed: 9


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          WILLIAM J LEVANT    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           efile.wjl@kaplaw.com
                                                                              TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                                  : Chapter 13

Linda M. Mattice                                              : Case No. 15–15260–elf
        Debtor(s)


## *ORDER*
_____


    AND NOW, this day , March 3, 2020 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                        By The Court

                        Eric L. Frank
                        Judge , United States Bankruptcy Court